**Dated: November 16, 2013**
**The following is SO ORDERED:**



_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:   PATRICK BYRON CUPPLES                                Case No.  10-11974

Debtor(s)                                                                          Chapter 13

SSN(1)XXX-XX-9005

ORDER APPROVING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT;
DISCHARGING CHAPTER 13 TRUSTEE; AND CLOSING CHAPTER 13 CASE
COMBINED WITH RELATED ORDERS AND NOTICE OF THE ENTRY THEREOF

It appears to the court that the above-named debtor(s) filed a petition and plan under chapter 13 of the Bankruptcy Code on June 21, 2010; that the chapter 13 plan of the debtor(s) has been confirmed; that the debtor(s) has completed all payments under the confirmed plan and also has complied with all related statutory provisions; that the Chapter 13 trustee has filed a final report and account; and that the estate has been fully administered. Accordingly, and based on the case record as a whole,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Chapter 13 trustee's final report and account is approved.

2. The Chapter 13 trustee is discharged.

3. This Chapter 13 case is closed.

4. The Bankruptcy Court Clerk shall promptly cause a copy of this order and notice to be sent to all creditors; the United States trustee for Region 8; the Chapter 13 trustee; the debtor(s); the attorney for the debtor(s), if applicable; and any entities who have filed a request that all notices be sent to them.

5. A party in interest may file, pursuant to Fed.R.Bankr.P. 9023, a motion with the court no later than 10 days after entry of this order seeking to vacate, alter, or amend this order.

6. If no party in interest files a motion pursuant to Fed.R.Bankr.P. 9023, within ten days after entry of this order, this order will become final on its own terms without further notice and order.

KPH